538 U.S. 1019
 GONZALEZ-VARGAS
v.
UNITED STATES;
HERRERA-ORTEGA
v.
UNITED STATES;
NEAL-ESTRADA
v.
UNITED STATES; and
PEREZ-AVALOS
v.
UNITED STATES.
 No. 02-9657.
 Supreme Court of United States.
 May 5, 2003.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT.
 
 
 2
 C. A. 5th Cir. Certiorari denied. Reported below: 54 Fed. Appx. 796 (third judgment), 797 (first and second judgments), and 798 (fourth judgment).